IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PUSH DATA LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> *Defendant.* | Civil Action No.: 4:24-cv-126-ALM <br><br> JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

CAME ON THIS DAY for consideration of the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Push Data LLC.

In light of the Notice, is it hereby ORDERED that all claims asserted in this suit against Defendant State Farm Mutual Automobile Insurance Company are hereby dismissed without prejudice, and without right of appeal, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

**SIGNED this 12th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE